[Cite as *State ex rel. Lynch v. Toledo Area Regional Transit Auth.,* 122 Ohio St.3d 81, 2009-Ohio-2609.]

THE STATE EX REL. LYNCH, APPELLANT, *v.* TOLEDO AREA

REGIONAL TRANSIT AUTHORITY ET AL., APPELLEES.

[Cite as *State ex rel. Lynch v. Toledo Area Regional Transit Auth.,*

**122 Ohio St.3d 81, 2009-Ohio-2609.**]

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2008-1484 — Submitted May 19, 2009 — Decided June 10, 2009.)

APPEAL from the Court of Appeals for Franklin County,

No. 07AP-872, 2008-Ohio-3297.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

LANZINGER, J., not participating.

_____

Gallon, Takacs, Boissoneault & Schaffer Co., L.P.A., and Theodore A. Bowman, for appellant.

Richard Cordray, Attorney General, and Douglas R. Unver, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____